AO 467 (1/86) Order Holding Defendant

# United States District Court



DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v.

*Keith H. Barkley*

ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

Case Number: *08-153-m*

Charging District Case Number:

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of *Columbia* _____; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) _____

*Place and Address*

_____ on _____.

*Date and Time*

_____
*Signature of Judicial Officer*

*9/3/2008*
Date

Hon. Leonard P. Stark - U.S. Magistrate Judge
Name and Title of Judicial Officer