OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 4, 2008

**UNITED STATES OF AMERICA**

v.                                              CR 08-153M

**KEITH BARKLEY**

    I hereby acknowledge receipt of the following document, in accordance with the Court's Order dated September 3, 2008 (copy attached):

    United States of America issued to: Keith Barkley

    Issuance date:  10-10-00

    Expiration date:  10-09-10

September 4, 2008                           *Donna M. Seningen*
**DATE**                                     **DEPUTY CLERK**